IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENJAMIN HOLDEN; and
RASHEEDA HOLDEN,

        Plaintiffs,                  No. CIV S-11-1173 EFB

    vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.                ORDER
                             /

       It appears plaintiffs seek judicial review of a decision of the Commissioner of Social Security denying the payment of Disability Income Benefits and/or Supplemental Security Income under Titles II and XVI of the Social Security Act. Under the venue statute governing this action, plaintiff may obtain a review of any final decision of the Commissioner made after a hearing to which the plaintiff was a party by commencing a civil action in the federal district court for the judicial district in which the claimant resides. 42 U.S.C. § 405(g). Plaintiffs reside in Modesto, California, which is located in Stanislaus County. That county is part of the Fresno Division of the United States District Court for the Eastern District of California. *See* Local Rule 120(d).

////

1   Pursuant to Local Rule 120(f), a civil action which has not been commenced in the
2  proper division of a court may, on the court's own motion, be transferred to the proper division
3  of the court. Therefore, this action will be transferred to the Fresno Division of the court.
4   Good cause appearing, IT IS HEREBY ORDERED that:
5   1. This action is transferred to the United States District Court for the Eastern District of
6  California sitting in Fresno;
7   2. The Clerk of Court shall assign a new case number; and
8   3. All future filings shall bear the new case number and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: May 3, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE